IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

IN RE:

STANLEY R. GILLILAND,
Debtor,

STANLEY R. GILLILAND,                 BANKRUPTCY CASE NO. 07-11392
                                                               CHAPTER 13
Plaintiff,

vs.                                                     ADV. NO. 07-01089-DWH

CAPITAL ONE BANK and TSYS
DEBT MANAGEMENT,

DEFENDANTS.                                CIVIL ACTION NO. 3:09MC06-P

## FINAL JUDGMENT

This matter comes before the court upon Defendants Capital One Bank and TSYS Debt Management's appeal [5]of the Bankruptcy Court's January 8, 2009 Order denying the defendants' Rule 12(b)(6) motion. After due consideration of the appeal and the responses filed thereto the court finds as follows, to-wit:

Because the defendants did not establish that the subject Bankruptcy Court ruling was based upon clearly erroneous legal conclusions, nor that the plaintiff's factual allegations in his Amended Complaint failed to "raise a right to relief above the speculative level" pursuant to *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955, 1964-65 (2007), the court concludes that the defendants' appeal is not well-taken and should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendants Capital One Bank and TSYS Debt Management's appeal [5]of the

Bankruptcy Court's January 8, 2009 Order denying the defendants' Rule 12(b)(6) motion is **DISMISSED**; therefore,

    (2) This case, Cause Number 3:09MC0006, is hereby **CLOSED**.

    **SO ORDERED** this the 17th day of September, A.D., 2009.

    /s/ W. Allen Pepper, Jr.
    W. ALLEN PEPPER, JR.
    UNITED STATES DISTRICT JUDGE